UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                    87-Cr-593 (SHS)

   -v-                                                            ORDER

JORGE TORRES, and VICTOR TORRES,

        Defendant(s).

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    The above defendants having filed a motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A),

    IT IS HEREBY ORDERED that the government shall file its response to this motion on or before April 17, 2020

Dated: New York, New York
       April 3, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.