**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| United States of America | § | |
| | § | Criminal Case No. 1:87-cr-00593-SHS |
| Plaintiff, | § | |
| | § | |
| -against- | § | **ORDER FOR ADMISSION** |
| | § | *PRO HAC VICE* |
| | § | |
| Victor Torres and Jorge Torres, | § | |
| | § | |
| Defendants. | § | |

The motion of Brittany K. Barnett for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of Texas; and that her contact information is as follows:

Applicant's Name: Brittany K. Barnett
Firm Name: Buried Alive Project
Address: 3131 McKinney Avenue, Suite 600
City/State/Zip: Dallas, Texas 75204
Telephone/Fax: 214-919-4421; 214-919-5915
Email: brittany@buriedaliveproject.org

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for defendants **Victor Torres and Jorge Torres** in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

 Dated:  New York, New York
         June 1, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.