UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

UNITED STATES OF AMERICA,

      v.                                    87-CRIM-593 (SHS)

JORGE TORRES and                          ORDER
VICTOR TORRES,

                          *Defendants.*
───────────────────────────────

**ORDER GRANTING DEFENDANTS' REQUEST FOR
REDUCTIONS IN SENTENCES UNDER 18 U.S.C. § 3582(c)(1)(A)
AND IMPOSING CONDITIONS OF RELEASE**

After considering the statutory factors under 18 U.S.C. § 3553(a), and finding under 18 U.S.C. § 3582(c)(1)(A) that there are extraordinary and compelling reasons for compassionate release and that compassionate release is consistent with the applicable United States Sentencing Commission policy statements, the Court hereby ORDERS that:

1. Defendants' Request for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A) (ECF No. 549), is hereby GRANTED.

2. Effective June 1, 2020, Defendants' sentences are reduced to time served.

3. The defendants shall be released from the custody of FCI Fairton and the Bureau of Prisons on or before June 4, 2020.

4. In order to reduce the risk of spreading the coronavirus, the defendants shall self-quarantine for at least 14 days after their release.

Dated: New York, New York
          June 2, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.